IN RE: J. CARL LAMBDIN, Application for Reinstatement as a member of the Bar.

14 So. (2nd) 664
July 27, 1943

June Term, 1943
En Banc

*J. Carl Lambdin,* in Propria Persona.

*Chester B. McMullen,* State Attorney, and *Victor O. Wehle,* President Circuit Court Commission Sixth Judicial Circuit, for appellee.

PER CURIAM:

This cause comes on to be heard on the order of the circuit court granting a motion to strike the application of the petitioner for reinstatement to the bar, he having been disbarred October 27, 1941, and the order of disbarment affirmed by this Court in Lambdin v. State, 150 Fla. 814, 9 So. (2nd) 192.

Ordered that the decree appealed from be affirmed.

Affirmed.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN, THOMAS, ADAMS, and SEBRING, JJ., concur.